IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KATHERINE M. CLEARY ET AL., INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:21-cv-00135-P |
| AMERICAN AIRLINES, INC., | § § § | |
| Defendant. | § | |

## ORDER

Plaintiffs Katherine M. Cleary et al. initiated this action by filing a complaint in this Court on February 8, 2021. ECF No. 1. However, as of the date of this order, Plaintiffs have failed to file a certificate of interested persons as required by the Federal Rules of Civil Procedure and the Court's Local Rules. FED. R. CIV. P. 7.1; N.D. TEX. L.R. 3.1–3.2. Plaintiffs' failure to comply with these rules warrants dismissal. *See Baker v. Hartford Life & Acc. Ins. Co.*, No. 4:08-CV-153-A, 2008 WL 2378041, at *2 n.1 (N.D. Tex. June 9, 2008) (McBryde, J.).

Accordingly, it is **ORDERED** that this case is **DISMISSED without prejudice.**

**SO ORDERED** on this **9th day** of **February, 2021.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE